ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANUSKHANI LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9310
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
wwong@grsm.com

Attorneys for Opportunity Financial, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH L. FOX,<br><br>    Plaintiff,<br><br>vs.<br><br>OPPORTUNITY FINANCIAL, LLC,<br><br>    Defendant. | Case No.: 2:18-cv-01713-APG-NJK<br><br>STIPULATION TO EXTEND TIME FOR OPPORTUNITY FINANCIAL, LLC, LLC TO RESPOND TO COMPLAINT (ECF No. 1)<br><br>(First Request) |

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, the parties, by and through their attorneys of record, stipulate as follows:

1. This is the first stipulation for extension of time to allow Defendant Opportunity Financial, LLC ("OppLoans") to respond to the complaint filed by Deborah L. Fox ("Plaintiff") (ECF No. 1).

2. Plaintiff filed a complaint against OppLoans on September 7, 2018.

3. On information and belief, service of process was completed on OppLoans on or about September 13, 2018, making its response to the complaint due on October 4, 2018.

4. OppLoans was seeking to retain counsel and has recently retained counsel. OppLoans now requires additional time to prepare a response to the complaint.

5. Plaintiff's counsel has agreed to the requested extension.

6. Therefore, the parties agree to extend OppLoans' deadline to respond to the complaint to and including November 1, 2018.

DATED: October 4, 2018

HAINES & KRIEGER, LLC

/s/ David H. Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

Attorneys for Plaintiff Deborah L. Fox

DATED: October 4, 2018

GORDON & REES LLP

/s/ Wing Yan Wong
Robert S. Larsen, Esq. (SBN 7785)
Wing Yan Wong, Esq. (SBN 13622)
300 S. Fourth Street, Suite 1550
Las Vegas, Nevada 89101

Attorneys for Defendant Opportunity Financial, LLC

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 9, 2018