ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANUSKHANI LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9310
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
wwong@grsm.com

*Attorneys for Opportunity Financial, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH L. FOX,<br><br>  Plaintiff,<br><br>vs.<br><br>OPPORTUNITY FINANCIAL, LLC,<br><br>  Defendant. | Case No.: 2:18-cv-01713-APG-NJK<br><br>**STIPULATION TO EXTEND TIME FOR OPPORTUNITY FINANCIAL, LLC, LLC TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**(Third Request)** |

Pursuant to Local Rules IA 6-1, IA 6-2, and LR 7-1, the parties, by and through their attorneys of record, stipulate as follows:

1. This is the third stipulation for extension of time to allow Defendant Opportunity Financial, LLC ("OppLoans") to respond to the complaint filed by Deborah L. Fox ("Plaintiff") (ECF No. 1).

2. Plaintiff filed a complaint against OppLoans on September 7, 2018.

3. On information and belief, service of process was completed on OppLoans on or about September 13, 2018, making its response to the complaint due on October 4, 2018.

4. On October 4, 2018, this Court granted the parties' first stipulation of time to allow Opploans until November 1, 2018 to filed its responsive pleading. (ECF No. 5).

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

5. On November 2, 2018, this Court granted the parties second stipulation to allow the parties to discuss settlement. (ECF No. 9.)

6. The parties are continuing to discuss settlement. Plaintiff has requested the production of information that will aid in settlement discussions, and OppLoans is working to collect the requested information.

7. OppLoans requests an additional fifteen (15) day extension for filing its responsive pleading to allow continued settlement discussions. The extension will also allow OppLoans to avoid investing its resources in preparing a responsive pleading that may be unnecessary if the parties agree to resolve the case.

8. Plaintiff's counsel has agreed to the requested extension.

9. Therefore, the parties agree to extend OppLoans' deadline to respond to the complaint to and including November 30, 2018.

DATED: November 14, 2018

HAINES & KRIEGER, LLC

/s/ David H. Krieger
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff Deborah L. Fox*

DATED: November 14, 2018

GORDON & REES LLP

/s/ Wing Yan Wong
Robert S. Larsen, Esq. (SBN 7785)
Wing Yan Wong, Esq. (SBN 13622)
300 S. Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendant Opportunity Financial, LLC*

**No further extensions will be granted.**

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: Nov. 16, 2018