# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH L. FOX, | Case No.: 2:18-cv-01713-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 12) |
| OPPORTUNITY FINANCIAL LLC., | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement. Docket No. 12. The Court **ORDERS** the parties to file a stipulation of dismissal no later than January 30, 2019.

IT IS SO ORDERED.

Dated: November 30, 2018

                                              NANCY J. KOPPE
                                              United States Magistrate Judge